**ORIGINAL**

**REDACTED AS TO SIGNATURE OF FOREPERSON ONLY**

FILED
CLERK, U.S. DISTRICT COURT

DEC 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVE SPORTS LIFESTYLE, USA, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>OLD NAVY LLC; OLD NAVY (APPAREL) LLC,<br><br>             Defendant. | CASE NO: SACV 12-572 JVS(Ex)<br><br>SPECIAL VERDICT |

DATED: December 11, 2013

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

F

1

We, the jury in the above-entitled cause, find the following on the questions submitted to us:

("Active" refers to plaintiff Active Ride Shop and "Old Navy" refers to defendants Old Navy LLC and Old Navy (Apparel) LLC collectively.)

1. a. Do you find by a preponderance of the evidence that Old Navy is liable for trademark infringement under federal law with regard to either of Active's registered trademarks?

Yes ✓   No ___

b. Do you find by a preponderance of the evidence that Old Navy is liable for trademark infringement under federal law with regard to either of Active's unregistered trademarks?

Yes ✓   No ___

2. Do you find by a preponderance of the evidence that Old Navy is liable for trademark infringement under California law?

Yes ✓   No ___

F

2

If you answered any part of question 1 or 2 "yes," answer the next question. If you answered all parts of questions 1 and 2 "no," skip the remaining questions and sign and date the verdict.

    3. Do you find by a preponderance of the evidence that Old Navy has proven that its use of "active" constitutes fair use?

    Yes \_\_\_\_\_    No  ✓

If you answered question 3 "no," then answer questions 4 and 5. If you answered "yes" question 3, then skip questions 4 and 5 and sign and date the verdict.

    4. What is the total amount of plaintiff's actual damages, if any, with respect to the infringement you have found?

$   0

    5. What is the total amount of profits of Old Navy, if any, attributable to the trademark infringement which you have found?

$   0

F                 3

Please date, sign and return this form.

Dated: __12/13/13__, 2013    _____
                                Foreperson