UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | **SACV 12-00572 JVS(Ex)** |
| Title: | **Active Sports Lifestyle USA LLC, et al. v. Old Navy LLC, et al.** |
| Date | **December 13, 2013** |

Present: The Honorable **JAMES V. SELNA**

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Peter Ross / Peter Shimamoto | Christopher Caldwell / Robyn Crowther |

|   | Day Court Trial | **8th** | **Day Jury Trial** |   |
|---|---|---|---|---|
|   | One day trial: | Begun (1st day); | **X** **Held;** | **X** **Completed by jury verdict** |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | The Jury is impaneled and sworn. |   |   |   |   |
|   | Opening statements made by |   |   |   |   |
|   | Witnesses called, sworn and testified. | Exhibits Identified | Exhibits admitted. |   |   |
|   | Plaintiff(s) rest. | Defendant(s) rest. |   |   |   |
|   | Closing arguments made by | plaintiff(s) | defendant(s). | Court instructs jury. |   |
|   | Bailiff(s) sworn. | Jury retires to deliberate. | **X** | **Jury resumes deliberations.** |   |
| **X** | **Jury Verdict in favor of** | **X** | **plaintiff(s)** | defendant(s) is read and filed. |   |
| **X** | **Jury polled.** | Polling waived. |   |   |   |
| **X** | **Filed Witness & Exhibit Lists** | **X** | **Filed jury notes.** | **X** | **Filed jury instructions.** |
|   | Judgment by Court for |   | plaintiff(s) | defendant(s). |   |
|   | Findings, Conclusions of Law & Judgment to be prepared by | plaintiff(s) | defendant(s). |   |   |
|   | Motion to dismiss by |   | is | granted. | denied. submitted. |
|   | Motion for mistrial by |   | is | granted. | denied. submitted. |
|   | Motion for Judgment/Directed Verdict by |   | is | granted in part | denied. submitted. |
|   | Settlement reached and placed on the record. |   |   |   |   |
|   | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. |   |   |   |   |
| **X** | **Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.** |   |   |   |   |
|   | Case continued to |   | for further trial/further jury deliberation. |   |   |
| **X** | **Other** | **The Court and counsel confer regarding Jury Note #3 & 4.** |   |   |   |
|   | The Court sets a Status Conference for January 21, 2014 at 9:00 a.m. |   |   |   |   |

: 50

Initials of Deputy Clerk   kjt

cc: