Wayne W. Call, Bar No. 56676
wcall@calljensen.com
Scott P. Shaw, Bar No. 223592
sshaw@calljensen.com
Deborah A. Gubernick, Bar No. 242483
dgubernick@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:  (949) 717-3100

Peter W. Ross, Bar No. 109741
pross@bgrfirm.com
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Tel: (310) 274-7100
Fax: (310) 275-5697

Attorneys for Plaintiff
Active Sports Lifestyle USA, LLC dba Active Ride Shop

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVE SPORTS LIFESTYLE USA, LLC dba ACTIVE RIDE SHOP,<br><br>          Plaintiff,<br><br>     vs.<br><br>OLD NAVY LLC, and OLD NAVY (APPAREL) LLC and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.  SACV12-0572 JVS (Ex)<br><br>Assigned to:  Hon. James V. Selna<br>Courtroom 10C<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>*([Proposed] Order lodged concurrently herewith)*<br><br>Complaint Filed:    April 13, 2012<br>Amended Compl. Filed:  August 17, 2012<br>Trial Date:   December 4, 2013 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the parties have resolved all claims and causes of action at issue in this case. THE PARTIES HEREBY STIPULATE to the dismissal with prejudice of each and every claim and counterclaim in the above-referenced action. Each party is to bear its own costs, expenses and attorneys' fees incurred in this action.

Dated: September 26, 2014

CALL & JENSEN
A Professional Corporation
Wayne W. Call
Scott P. Shaw
Deborah A. Gubernick

By: */s/ Deborah A. Gubernick*
Deborah A. Gubernick

Attorneys for Plaintiff Active Sports Lifestyle USA, LLC dba Active Ride Shop

Dated: September 26, 2014

CALDWELL LESLIE & PROCTOR, PC
Christopher G. Caldwell
Robyn C. Crowther
Jeffrey M. Chemerinsky

By: */s/ Robyn C. Crowther*
Robyn C. Crowther

Attorneys for Defendants Old Navy, LLC and Old Navy (Apparel), LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Robyn C. Crowther, counsel for Defendants Old Navy, LLC and Old Navy (Apparel), LLC, and that I have obtained Ms. Crowther's authorization to affix her electronic signature to this document.

*/s/ Deborah A. Gubernick*
Deborah A. Gubernick