Wayne W. Call, Bar No. 56676
wcall@calljensen.com
Scott P. Shaw, Bar No. 223592
sshaw@calljensen.com
Deborah A. Gubernick, Bar No. 242483
dgubernick@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Peter W. Ross, Bar No. 109741
pross@bgrfirm.com
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Tel: (310) 274-7100
Fax: (310) 275-5697

Attorneys for Plaintiff
Active Sports Lifestyle USA, LLC dba Active Ride Shop

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVE SPORTS LIFESTYLE USA, LLC dba ACTIVE RIDE SHOP,<br><br>Plaintiff,<br><br>vs.<br><br>OLD NAVY LLC, and OLD NAVY (APPAREL) LLC and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  SACV12-0572 JVS (Ex)<br><br>Assigned to:  Hon. James V. Selna<br>Courtroom 10C<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br><br>Complaint Filed:   April 13, 2012<br>Amended Compl. Filed:  August 17, 2012<br>Trial Date:   December 3, 2013 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Joint Stipulation for Dismissal of Entire Action, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED WITH PREJUDICE in its entirety as to each and every claim and counterclaim therein. Each party is to bear its own costs, expenses and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

Dated: September 29, 2014

_____
Hon. James V. Selna
United States District Judge